Eric I. Abraham
Christina L. Saveriano
HILL WALLACK LLP
202 Carnegie Center
Princeton, New Jersey 08543
(609) 924-0808
Attorneys for Defendants Apotex Inc. and Apotex Corporation

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MYLAN INC., and MYLAN PHARMACEUTICALS INC., <br><br> Plaintiffs, <br><br> vs. <br><br> APOTEX INC. and APOTEX CORPORATION, <br><br><br> Defendants. | **CIVIL ACTION NO.** <br> **14-4560 (JAP)(LHG)** <br><br> **DOCUMENT ELECTRONICALLY FILED** |

## DEFENDANTS' NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3 and 28 U.S.C. § 1292, notice is hereby given that Defendants Apotex Inc. and Apotex Corporation appeal to the United States Court of Appeals for the Third Circuit from the Order dated July 28, 2014 granting Plaintiffs' Motion for Preliminary Injunction (D.E. 30) and the July 28, 2014 denial of Defendants' Request for a Stay.

Respectfully submitted,
HILL WALLACK LLP

By:____/s/ Eric I. Abraham_____

Dated: July 29, 2014

Eric I. Abraham
Christina L. Saveriano
202 Carnegie Center
Princeton, New Jersey 08543
(609) 924-0808
Attorneys for Apotex Inc. and
Apotex Corporation

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing

### NOTICE OF APPEAL

is to be electronically filed.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  In addition, a copy of same will be served on all parties by electronic mail.


 July 29, 2014_____                    ___/s/Eric I. Abraham_____
Date                                           Eric I. Abraham