| | |
|---|---|
| John Michael Vazquez, Esq. | Wade G. Perrin, Esq. |
| **CRITCHLEY, KINUM & VAZQUEZ** | Michael E. Johnson, Esq. *(pro hac vice)* |
| 75 Livingston Avenue, 3rd Floor | Natalie C. Clayton, Esq. *(pro hac vice)* |
| Roseland, NJ 07068 | Christina Spiller *(pro hac vice)* |
| Telephone: (973) 422-9200 | Christopher L. McArdle *(pro hac vice)* |
| Facsimile: (973) 422-9700 | **ALSTON & BIRD LLP** |
| | 90 Park Avenue |
| -------and--------- | New York, NY 10016 |
| | Telephone: (212) 210-9400 |
| Frank G. Smith, III, Esq. *(pro hac vice)* | Facsimile: (212) 210-9444 |
| **ALSTON & BIRD LLP** | |
| 1201 West Peachtree Street | |
| Atlanta, GA 30309-3424 | |
| Telephone: (404) 881-7000 | |
| Facsimile: (404) 881-7777 | |

*Attorneys for Plaintiffs Mylan Inc. and Mylan Pharmaceuticals Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MYLAN INC. and MYLAN PHARMACEUTICALS INC., | |
| Plaintiffs, | Civil Action No. 14-4560 (JAP)(LHG) |
| v. | RETURN DATE: September 15, 2014 |
| APOTEX INC. and APOTEX CORPORATION, | *Document Electronically Filed* |
| Defendants. | |

### PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY

TO:  Eric I. Abraham
Christina L. Saveriano
HILL WALLACK LLP
202 Carnegie Center
Princeton, NJ 08543
eia@hillwallack.com
csaveriano@hillwallack.com

*Attorneys for Defendants Apotex Inc. and Apotex Corporation*

**PLEASE TAKE NOTICE** that Plaintiffs Mylan Inc. and Mylan Pharmaceuticals, Inc., (collectively "Plaintiffs" or "Mylan"), will appear before either the Hon. Joel A. Pisano U.S.D.J. or the Hon. Lois H. Goodman, U.S.M.J., Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, and move this Court pursuant to Rule 26(d) of the Federal Rules of Civil Procedure for leave to conduct expedited discovery prior to a Rule 26(f) conference.

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to Local Civil Rule 37.1(b)(3), Plaintiffs request this Court resolve this Motion on or before September 2, 2014, or as soon thereafter as is possible.

**PLEASE TAKE FURTHER NOTICE THAT** Plaintiffs shall rely on the accompanying Memorandum of Law and the Declarations of Wade G. Perrin and Frank G. Smith and exhibits attached thereto.

An Order in the form proposed by Plaintiffs is attached hereto as Exhibit A, and is submitted to the Court for its consideration.

Dated this 14 day of August, 2014

        Respectfully submitted,

        /s/ Wade G. Perrin
        _____

        John Michael Vazquez, Esq.
        **CRITCHLEY, KINUM & VAZQUEZ**
        75 Livingston Avenue, 3rd Floor
        Roseland, NJ 07068
        Telephone: (973) 422-9200
        Facsimile: (973) 422-9700

        -------and---------

        Frank G. Smith, III, Esq. *(pro hac vice)*
        **ALSTON & BIRD LLP**

1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Wade G. Perrin, Esq.
Michael E. Johnson, Esq. *(pro hac vice)*
Natalie C. Clayton, Esq. *(pro hac vice)*
Christina Spiller *(pro hac vice)*
Christopher L. McArdle *(pro hac vice)*
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Attorneys for Plaintiffs Mylan Inc.*
*and Mylan Pharmaceuticals Inc.*