IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MYLAN INC. and<br>MYLAN PHARMACEUTICALS INC.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>APOTEX, INC., APOTEX CORPORATION,<br>SMITHKLINE BEECHAM CORPORATION<br>(n/k/a GLAXOSMITHKLINE LLC)<br>d/b/a GLAXOSMITHKLINE,<br>SMITHKLINE BEECHAM P.L.C. (n/k/a<br>SMITHKLINE BEECHAM, LIMITED), and<br>SMITHKLINE BEECHAM (CORK) LIMITED,<br>,<br>　　　　　Defendants. | Civil Action No. 14-4560 (MAS)<br>(LHG)<br><br>**Filed Electronically**<br><br>**STIPULATION REGARDING<br>DISMISSAL OF ENTIRE ACTION<br>WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Mylan Inc. and Mylan Pharmaceuticals Inc. (collectively "Mylan") and Defendants Apotex, Inc. and Apotex Corporation (collectively "Apotex"), GlaxoSmithKline LLC, SmithKline Beecham, Limited, and SmithKline Beecham (Cork) Limited (collectively "GSK"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that each and every claim and counterclaim in this action is hereby dismissed with prejudice, and that each party shall bear its own costs, expenses and attorneys' fees.

　　　　DATED:  December 22, 2015.

| | |
|---|---|
| Plaintiffs Mylan Inc. and Mylan Pharmaceuticals Inc. | Defendants GlaxoSmithKline LLC, SmithKline Beecham, Limited, and SmithKline Beecham (Cork) Limited |

By: /s/Wade G. Perrin
   John M. Vazquez, Esq.
   **CRITCHLEY, KINUM & VAZQUEZ**
   75 Livingston Avenue, 3rd Floor
   Roseland, NJ 07068

   -------and---------

   Frank G. Smith, III., Esq. *(pro hac vice)*
   **ALSTON & BIRD LLP**
   1201 West Peachtree Street
   Atlanta, GA 30309-3424
   Telephone: (404) 881-7000
   Facsimile: (404) 881-7777

   Michael E. Johnson, Esq. *(pro hac vice)*
   Natalie C. Clayton, Esq. *(pro hac vice)*
   Leah W. Feinman, Esq.
   Wade G. Perrin, Esq.
   **ALSTON & BIRD LLP**
   90 Park Avenue
   New York, NY 10016
   Telephone: (212) 210-9400
   Facsimile: (212) 210-9444

   (ATTORNEYS FOR PLAINTIFFS)

By: /s/Jack L. Kolpen
   Jack L. Kolpen, Esq.
   **FOX ROTHSCHILD LLP**
   Princeton Pike Corporate Center
   997 Lenox Drive, Building Three
   Lawrenceville, NJ 08248-2311

   -------and---------

   F. Christopher Mizzo, Esq.
   Michael A. Pearson, Jr., Esq.
   **KIRKLAND & ELLIS LLP**
   655 Fifteenth Street, N.W.
   Washington, DC 20005
   Telephone: (202) 879-5000
   Facsimile: (202) 879-5200

   (ATTORNEYS FOR GSK DEFENDANTS)

Defendants Apotex Inc. and Apotex Corporation

By: /s/Eric I. Abraham
    Eric I. Abraham, Esq.
    Christina L. Saveriano, Esq.
    **HILL WALLACK, LLP**
    202 Carnegie Center
    P.O. Box 5226
    Princeton, NJ 08543

    -------and---------

    James Matthews (*pro hac vice*)
    **FOLEY & LARDNER LLP**
    111 Huntington Avenue
    Suite 2600
    Boston, MA 02111
    Telephone: (617) 502-3298
    Facsimile: (617) 342-4001

    (ATTORNEYS FOR APOTEX DEFENDANTS)